**John D. MILLER, Claimant–Appellant,**

v.

**R. James NICHOLSON, Secretary of Veterans Affairs, Respondent–Appellee.**

No. 05–7095.

United States Court of Appeals, Federal Circuit.

March 9, 2005.

### ORDER

Upon consideration of the unopposed motion of John D. Miller to voluntarily dismiss his appeal (CAVC No. 04–762),

IT IS ORDERED THAT:

(1) The motion is granted.

(2) Each side shall bear its own costs.

**In re Michael C. SCROGGIE, David A. Rochon, David W. Banker, and Will Gardenswartz (Real Party in Interest Catalina Marketing Corporation).**

No. 05–1164.

United States Court of Appeals, Federal Circuit.

DECIDED: March 9, 2005.

### ORDER

Upon consideration of the unopposed motion of Michael C. Scroggie et al. to remand this case to the Patent and Trademark Office for further proceedings,

IT IS ORDERED THAT:

(1) The motion is granted.

(2) Each side shall bear its own costs.